IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 09-474-1 |
| | : | |
| WILLIAM CARABALLO, | : | |
| Petitioner. | : | |

## **ORDER**

The Court notes for the record that pursuant to the Court's Order dated December 12, 2014, (Dkt No. 475), any claim Petitioner may have regarding a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, is stayed. The Court may address unrelated pending motions and does so herein.

AND NOW, on this 30th day of January, 2015, upon consideration of Petitioner's Motion to Vacate, (Dkt No. 416), the Government's Motion to Dismiss, (Dkt No. 437), and Petitioner's Response, (Dkt No. 442), it is hereby ORDERED that the Government's Motion is GRANTED and Petitioner's Motion is DISMISSED.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.