IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 09-474 |
| WILLIAM CARABALLO | : | |

## PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

    Please mark as satisfied the criminal monetary penalties portion of the criminal judgment entered in the above-captioned case.  This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

                                             JACQUELINE C. ROMERO
                                             United States Attorney

                                             _____
                                             JOSEPH F. MINNI
                                             Assistant United States Attorney
                                             Pennsylvania Bar Id. No. 53241
                                             615 Chestnut Street
                                             Suite 1250
                                             Philadelphia, PA 19106-4476
                                             (215) 861-8200

Date: July 22, 2022
_____